
Dkt: 3/23/23

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| United States of America | CRIMINAL COMPLAINT |
|---|---|
| v. | CASE NUMBER: 23-8121 MJ |
| Jesus Castillo Durazo | |

I, the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

On or about the date described in Attachment A in the County of Maricopa in the District of Arizona, the defendant violated 18 U.S.C. § 554(a), offense described as follows:

**See Attachment A – Description of Counts**

I further state that I am a Special Agent with the Department of Homeland Security, Homeland Security Investigations and that this complaint is based on the following facts:

**See Attachment B, Statement of Probable Cause, Incorporated By Reference Herein.**

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

AUTHORIZED BY: Coleen Schoch, AUSA

Gabriel Stephens, Special Agent for HSI
Name of Complainant

Signature of Complainant

Sworn to telephonically before me
3-24-23 @ 11:55 AM   at   Phoenix, Arizona
Date                                                        City and State

HONORABLE JOHN Z. BOYLE
United States Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

# ATTACHMENT A
## DESCRIPTION OF COUNT

### COUNT 1

**Attempting to smuggle goods from the United States**

On or about March 23, 2023, in the District of Arizona, Defendant JESUS CASTILLO DURAZO knowingly and fraudulently attempted to export and send from the United States, any merchandise, article, or object contrary to any law or regulation of the United States, and received, concealed, bought, sold, and in any manner facilitated the transportation, concealment, and sale of such merchandise, article or object, that is: approximately 5000 rounds of CBC-branded .50 BMG ammunition, knowing the same to be intended for exportation contrary to any law or regulation of the United States, to wit: Title 50, United States Code, Section 4819; Title 15, Code of Federal Regulations, Part 736.2; Title 15, Code of Federal Regulations, Part 774; and Title 15, Code of Federal Regulations, Part 738.

In violation of Title 18, United States Code, Section 554(a).

## ATTACHMENT B

## STATEMENT OF PROBABLE CAUSE

I, Gabriel J. Stephens, a Special Agent with the Department of Homeland Security: Homeland Security Investigations being duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I make this statement in support of a criminal complaint against JESUS CASTILLO DURAZO for a violation of Title 18, United States Code, Section 554(a), Smuggling Goods from the United States.

2. I am a Special Agent (SA) with Department of Homeland Security: Homeland Security Investigations (HSI) and have been since May 2017. I am a graduate of the Federal Law Enforcement Training Center (FLETC) Criminal Investigator Training Program (CITP) and a graduate of Homeland Security Investigations Special Agent Training (HSISAT) programs in Glynco, Georgia. I am an officer of the United States who is empowered by law to conduct investigations of and to make arrests for offenses, particularly those laws found in Title 18 of the United States Code.

3. I am currently assigned to the HSI Office of the Special Agent in Charge (SAC) in Phoenix, Arizona. As an HSI SA, I have conducted investigations targeting individuals and groups engaged in acts, conspiracies, plots, plans, and violations of the various statutes enacted within the United States' customs and immigration laws. Prior to being a special agent with HSI, your Affiant had been a special agent with the Air Force Office of Special Investigations (AFOSI) since September 2008. I have experience in all aspects of investigations to include, interviewing defendants, witnesses, and informants, utilizing physical and electronic surveillance techniques, and writing and executing search and arrest warrants. I have extensive experience in processing crime scenes and the identification, collection, processing, and preservation of evidence for use in federal criminal investigations.

4. The statements contained in this Affidavit are based on information derived from my personal knowledge, training and experience, and information obtained from the knowledge and observations of other sworn law enforcement officers.

## PROBABLE CAUSE

5. On March 23, 2023, I was notified that a special agent from the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) had elicited information concerning two separate individuals purchasing large quantities of .50 BMG caliber ammunition with U.S. currency (cash) at a Tempe, Arizona, business within a short time. Agents utilized investigative resources and were able to obtain a license plate from one sale and a vehicle description for both sales.

6. Based on my knowledge and experience, I know that such amounts of .50 BMG caliber ammunition are commonly trafficked to and smuggled into Mexico for use by Mexican Drug Trafficking Organizations (DTOs) against the Mexican military, Mexican law enforcement, rival Mexican DTOs, and Mexican civilians, in furtherance of drug-trafficking activities and intimidation through violence.

7. On that same date, agents requested assistance from other law enforcement partners. Based upon the license plate and vehicle descriptions, a joint search was conducted by various local, State, and Federal law enforcement agencies in an effort to locate a white Nissan Frontier pickup truck registered to a Jesus Castillo Durazo from Douglas, Arizona, and a "red Toyota Camry" carrying 10 wooden cases of .50 caliber ammunition. At approximately 1138 hours, the Arizona Department of Public Safety (AZDPS) located a white Nissan Frontier and executed a traffic stop on Interstate 10 southbound from the Phoenix metro area near Casa Grande, AZ. While at the scene, I learned the following information:

a. AZDPS officers performing interdiction activities were alerted to a request to locate the Nissan Frontier registered to JESUS CASTILLO DURAZO and observed a white Nissan Frontier bearing Arizona license plate 2TA 1FH pass through a U.S. Border Patrol checkpoint southbound on I-10 East. AZDPS officers caught up to the Nissan Frontier, which appeared to have dark tint on the windows, in violation of Arizona State Law and Arizona Revised Statutes.

b. AZDPS officers activated their marked vehicle's emergency equipment and conducted a traffic stop on the Nissan Frontier on I-10 in the vicinity of mile marker 212, south of Casa Grande, Arizona.

c. JESUS CASTILLO DURAZO was the driver and sole occupant of the vehicle. AZDPS officers observed the window tint of the vehicle's windows appeared to be well outside the legal allowance.

d. In furtherance of their interdiction activities, a drug-detecting K-9 officer was deployed around the outside of the vehicle. The K-9 officer alerted to the smell of narcotics. AZDPS officers detained JESUS CASTILLO DURAZO for further investigation of the Nissan Frontier regarding the K-9 alert.

e. AZDPS officers conducted a search of the vehicle for narcotics and discovered a total of 20 boxes of ammunition inside the cab of the truck, and the bulk of the boxes in the bed of the pickup.

f. I and another HSI Special Agent arrived on scene, accompanied by special agents from ATF. During a Post-Miranda interview, JESUS CASTILLO DURAZO disclosed that he recently purchased the ammunition legally with cash. He also stated that he had coordinated with another individual, whom he could not identify, and provided that person with cash to purchase the same type and quantity of ammunition. JESUS CASTILLO DURAZO stated that he was provided $18,000 to split between himself and the other individual in the red Toyota Camry man in Agua Prieta, Sonora, Mexico, in order to purchase ammunition.

  g. I confirmed with the business that sold the ammunition to JESUS CASTILLO DURAZO and the individual in the red Toyota Camry that they purchased 10 cases of CBC-branded .50 BMG ammunition rounds for approximately $18,000 total. Each case contains 250 rounds. Therefore, I believe that JESUS CASTILLO DURAZO was transporting approximately 5000 rounds of CBC-branded .50 BMG ammunition.

  h. JESUS CASTILLO DURAZO advised that he resides in Douglas, Arizona, and planned to unload all the ammunition at a location there. He understood that the ammunition would be picked up by someone who would then deliver it to a man in Agua Prieta, Sonora, Mexico. JESUS CASTILLO DURAZO had met the man from Agua Prieta but could not identify him. JESUS CASTILLO DURAZO understood that the man from Agua Prieta coordinated with him and provided him the cash to purchase the ammunition because the man from Agua Prieta was deported from the United States can no longer purchase the ammunition himself and transport it into Mexico.

  i. JESUS CASTILLO DURAZO reported that the man from Agua Prieta facilitated JESUS CASTILLO DURAZO to retrieve the cash from a location in Douglas, Arizona. Once inside the location, JESUS CASTILLO DURAZO was directed to the cash, which was hidden. JESUS CASTILLO DURAZO disclosed he coordinated with the man in Mexico via his cell phone by utilizing WhatsApp.

  j. JESUS CASTILLO DURAZO stated that he is unemployed and was using the money he made from these activities to pay for his schooling.

8. I understand CBC does not manufacture ammunition in the State of Arizona. Therefore, the firearms and ammunition listed in Attachment A traveled in interstate or foreign commerce since they were found in Arizona.

## CONCLUSION

9.   For these reasons, I submit that there is probable cause to believe that JESUS CASTILLO DURAZO attempted to commit the crime of smuggling goods from the United States, Title 18, United States Code, Sections 554(a).

_____
Gabriel Stephens
Special Agent, HSI

Sworn to and subscribed electronically this __24__ day of March, 2023. @ 11:55 AM

_____
HONORABLE JOHN Z. BOYLE
United States Magistrate Judge